

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2021

No. 04-21-00094-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Isabel Velasquez **PEREZ**, individually and a/n/f of Vanessa Velasquez, minor,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35130-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On October 13, 2021, appellee filed a Motion to Lift Stay. We ORDER appellant to file a response **within 10 days of this order.**

It is so **ORDERED** October 21, 2021.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT